UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAREN DENISE STRIPLING,

    Plaintiff,

v.                                                  4:22cv188–WS/MAF

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed May 20, 2022. The magistrate judge recommends that Plaintiff's case be dismissed for failure to comply with the requirements for removal under 28 U.S.C. § 1446(a). Plaintiff has filed objections (ECF No. 5) to the report and recommendation.

    The court having reviewed the record in light of Plaintiff's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 21) is

hereby ADOPTED and incorporated by reference into this order.

    2. This case is hereby DISMISSED.

    3. The clerk shall enter judgment stating: "All claims are dismissed."

    DONE AND ORDERED this __3rd__ day of __June__, 2022.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE